UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRANDON KEITH MCGAFFIGAN,

        Defendant.

Case:4:22-cr-20192
Judge: Davis, Stephanie Dawkins
MJ: Ivy, Curtis
Filed: 04-06-2022 At 10:35 AM
INDI USA v MCGAFFIGAN (sk)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Possession with intent to distribute Methamphetamine
(21 U.S.C. §§ 841(a) and 841(b)(1)(B)(viii))**

On or about January 22, 2022, in the Eastern District of Michigan, Brandon McGaffigan knowingly and intentionally possessed with intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWO
### Possession with intent to distribute Cocaine
### (21 U.S.C. § 841(a))

On or about January 22, 2022, in the Eastern District of Michigan, Brandon McGaffigan knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of title 21, United States Code, Section 841(a)(1).

## COUNT THREE
### Possession with intent to distribute Heroin
### (21 U.S.C. § 841(a))

On or about January 22, 2022, in the Eastern District of Michigan, Brandon McGaffigan knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of title 21, United States Code, Section 841(a)(1).

### FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendants of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that

facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

Dated:  April 6, 2022

THIS IS A TRUE BILL

s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/TIMOTHY TURKELSON
TIMOTHY TURKELSON
Assistant U.S. Attorney
210 Federal Building,
600 Church Street,
Flint, Michigan 48502
(810) 766-5177
timothy.turkelson@usdoj.gov
(P53748)

| Companion Case information MUST be completed | Criminal Case | Case: 4:22-cr-20192<br>Judge: Davis, Stephanie Dawkins<br>MJ: Ivy, Curtis<br>Filed: 04-06-2022 At 10:35 AM<br>INDI USA v MCGAFFIGAN (sk) |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | | |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☑ No | AUSA's Initials: TT |

**Case Title:** USA v. BRANDON KEITH MCGAFFIGAN

**County where offense occurred:** Lapeer

**Check One:**    ☑ Felony      ☐ Misdemeanor      ☐ Petty

     __X__ Indictment/____ Information --- no prior complaint.
     ____ Indictment/____ Information --- based upon prior complaint [Case number: _____ ]
     ____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

     ☐ Original case was terminated; no additional charges or defendants.
     ☐ Corrects errors; no additional charges or defendants.
     ☐ Involves, for plea purposes, different charges or adds counts.
     ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 6, 2022
Date

s/TIMOTHY TURKELSON
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013